# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-00234 SJO | Date | March 25, 2009 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not Required |

| Victor Paul Cruz | Not Present | Raymond O. Aghaian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Disean Mann | not | xx | | Anthony Eaglin, DFPD | not | xx | |

**Proceedings:**    IN CHAMBERS

On March 25, 2009, the Court was advised by defendant's counsel that the government had filed a motion to dismiss the indictment against the defendant on 3/17/09. Because government counsel failed to serve Judge Otero's chambers with a Mandatory Chambers Copy the Court could not rule on the motion. The Court grants the motion and pursuant to the stipulation of the parties directs the Court Clerk to issue a Forthwith Release order.

The Clerk issues release order No. 17525 at 3:30 p.m.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | vpc | |

cc:  US Probation Office
      Pretrial Service